UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT COLUMBUS



Granted.
4:12 PM, Oct 15, 2020

Karen L. Litkovitz
United States Magistrate Judge

MATTHEW T. DENHOLM, REGIONAL DIRECTOR
OF THE NINTH REGION OF THE NATIONAL LABOR
RELATIONS BOARD, FOR AND ON BEHALF OF THE
NATIONAL LABOR RELATIONS BOARD

        Applicant

v.                                                        Civil No. 1:20-mc-00039

NATASHA COOPER, AN INDIVIDUAL

        Respondent

## MOTION TO WITHDRAW

To the Honorable Judges of the United States District Court:

The Petitioner respectfully requests to withdraw its Application for Order Requiring Respondent's Obedience to Subpoena Ad Testificandum. The withdrawal is warranted because Petitioner was able to resolve, through settlement, the underlying matter and has concluded that Respondent's testimony is no longer required. Therefore, a court order directing Respondent to attend and give testimony to Petitioner is unnecessary.

Dated: October 14, 2020

                                    Respectfully Submitted,

                                    */s/ Erik Brinker*

                                    Erik Brinker
                                    Attorney for Petitioner
                                    Region 9, National Labor Relations Board
                                    550 Main Street, Room 3003
                                    Cincinnati, Ohio 45202-3271
                                    Phone: (513) 684-3633
                                    Fax: (513) 684-3946
                                    Email: erikbrinker@nlrb.gov
                                    Ohio Bar No. 0092227

## **CERTIFICATE OF SERVICE**

October 14, 2020

I hereby certify that I served the Motion to Withdraw by mailing true copies thereof by certified and regular mail today to the following at the address listed below:

        Ms. Natasha Cooper
        920 State Route 339
        Belpre, OH 45714

        Erik Brinker
        Attorney for Petitioner
        Region 9, National Labor Relations Board
        550 Main Street, Room 3003
        Cincinnati, Ohio 45202-3271
        Phone:  (513) 684-3633
        Fax:  (513) 684-3946
        Email:  erikbrinker@nlrb.gov
        Ohio Bar No. 0092227